**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.  21-cv-02601-RBJ

UNITED STATES OF AMERICA,

> Petitioner,

*v*.

MONICA HARRINGTON,

> Respondent.

---

**ORDER TO APPEAR**

---

Upon the petition of the United States, including the exhibits attached thereto, it is hereby ORDERED that Respondent Monica Harrington appear before Judge R. Brooke Jackson of the the United States District Court for the District of Colorado, **via Video Teleconference, on October 6, 2021 at 9:00 a.m.** to show cause why the Court should not grant the United States' Petition for Preliminary Injunction.

It is further ORDERED that:

1. A copy of this Order, together with the Petition and accompanying exhibits, shall be served upon Respondent in accordance with Fed. R. Civ. P. 4 no later than 7 days before the hearing.

2. Proof of any service done in accordance with Paragraph 1 above shall be filed with the Clerk of this Court as soon as practicable.

3. Respondent is hereby notified that a failure to comply with this Order may subject her to sanctions for contempt of court.

Dated this 27th day of September, 2021.

1

BY THE COURT:

_____
United States District Judge