IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-02601-RBJ

UNITED STATES OF AMERICA,

      Petitioner,

      v.

MONICA HARRINGTON,

      Respondent.

---

**ORDER**

---

Pursuant to the Stipulation [ECF No. 15] between Petitioner United States of America and Respondent Monica Harrington, and for good cause shown, it is hereby ORDERED that pending execution of the final judgment in *United States v. George Harrington*, 1:19-cv-02965-PAB-GPG:

(1) Monica Harrington, or anyone acting on her behalf, will not, directly or indirectly, encumber, liquidate, or dispose of the assets in her Vontobel Holding AG account such that at least $2.2 million remains available in that account.

(2) By the 15th of every month, beginning on January 15, 2022, Monica Harrington will file with the Court a statement from Vontobel Holding AG reflecting the balance in the Vontobel account.

(3) Monica Harrington will not travel outside the United States.  Upon the Court's issuance of this Order, Ms. Harrington will turn over to her attorney, Sam. D. Starritt, both her American and German passports.  Mr. Starritt will keep those passports in his vault.

1

2

(4) Any violation of this Order's terms will constitute contempt of Court.

Ordered this 6th day of December, 2021.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge

2